AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Julio Alberto Coreas-Asturias,<br>a.k.a.: Julio Coreas,<br>a.k.a.: Julio C. Gutierez,<br>(A087 963 978)<br>*Defendant* | Case No. 17-587 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 14, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Julio Alberto Coreas-Asturias, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on or about June 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

_____
Complainant's signature

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

_____
Judge's signature

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 14, 2017, Julio Alberto Coreas-Asturias was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Coreas-Asturias was examined by ICE Officer J. Leon who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 18, 2017, Coreas-Asturias was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Coreas-Asturias was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Julio Alberto Coreas-Asturias to be a citizen of El Salvador and a previously deported criminal alien. Coreas-Asturias was removed

1

from the United States to El Salvador through Mesa, Arizona, on or about June 19, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Coreas-Asturias in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Coreas-Asturias' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Julio Alberto Coreas-Asturias was convicted of Illegal Re-entry After Deportation, a felony offense, on May 11, 2012, in the United States District Court for the Southern District of Florida, West Palm Beach Division. Coreas-Asturias was sentenced time served and one (1) year of supervised release. Coreas-Asturias' criminal history was matched to him by electronic fingerprint comparison.

5. On or about November 18, 2017, Julio Alberto Coreas-Asturias was advised of his constitutional rights. Coreas-Asturias freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 14, 2017, Julio Alberto Coreas-Asturias, an alien, was found in the

United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on or about June 19, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

---
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 20th day of November, 2017.

---
Michelle H. Burns,
United States Magistrate Judge